ACCEPTED
06-14-00208-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00208-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6TH COURT** |
| | § | |
| **TONY DEWAYNE CRAYTON** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/13/2015 9:07:00 AM

DEBBIE AUTREY
Clerk

### MOTION TO FILE LATE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Tony Dewayne Crayton, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Tony Dewayne Crayton, and numbered 1323670.

3. Appellant was convicted of Murder.

4. Appellant was assessed a sentence of 50 years on November 24, 2014.

5. Notice of appeal was given on November 24, 2014.

6. The clerk's record was filed on March 26, 2015; the reporter's record was filed on January 27, 2015.

7.    The appellate brief is presently due on July 8, 2015

8.    Appellant requests permission to file late brief.

9.    Appellant's counsel was ordered to file the brief in this case by July 8, 2015.

10.    Appellant's counsel's mother was admitted into Hopkins County Memorial Hospital and had emergency appendectomy surgery on July 6, 2015.

11.    Appellant's counsel's mother suffered from complications from the surgery and underwent a second surgery on July 10, 2015.

12.    The unforeseen circumstance regarding Appellant's counsel's medical condition made him unable to work on the brief for several days leading up to and following the deadline for filing the brief.

13.    Appellant files this motion not for the purpose of delay but to see that justice is done.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To File Late Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704

By: /s/ Martin Braddy
Martin Braddy
State Bar No. 00796240
martin.braddy@verizon.net
Attorney for Tony Dewayne Crayton

## CERTIFICATE OF SERVICE

This is to certify that on July 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, 110 Main Street Sulphur Springs, Texas 75482, by E-mail.

/s/ Martin Braddy
Martin Braddy